Gayl PAYTON, Plaintiff–Appellant,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
Defendant–Appellee.

No. 13–30550
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 29, 2013.

Gayl Payton, New Orleans, LA, pro se.

Joel Paul Babineaux, Babineaux, Poch',
Anthony & Slavich, L.L.C., Lafayette, LA,
for Defendant–Appellee.

Before JOLLY, SMITH, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Gail Payton sued Hartford Life and Accident Insurance Company ("Hartford"), the insurer and claims administrator of an ERISA-governed group long-term disability benefit plan in which she had been a participant, challenging the decision to terminate her benefits. The district court granted summary judgment to Hartford on the ground of *res judicata* based on a judgment in a similar suit in which Payton's claims were denied. Payton appeals *pro se*.

In its Order and Reasons, the district court correctly observed that "[t]he instant matter appears to represent an attempt on the part of Plaintiff to supplement her claims from the original law suit with additional documentation." The court explained that "the instant suit concerns the same policy, the same alleged injuries and disabling condition, and the same time period."

Payton cannot litigate the same issues twice. The summary judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.